IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM DEVINE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-986 |
| | ) | |
| TRANSPORT INTERNATIONAL POOL, INC., doing business as TRAILER FLEET SERVICES, MODULAR SPACE, | ) ) ) ) | Judge McVerry<br>Magistrate Judge Hay |
| | ) | |
| Defendants. | ) | |

**O R D E R**

AND NOW, this 16th day of October, 2007, after the plaintiff, William Devine, filed an action in the above-captioned case, and after a Motion for Summary Judgment was filed by defendant, Transport International Pool, Inc., and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Motion for Summary Judgment (Docket No. 17) is GRANTED.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the parties desire to appeal from this Order they must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

BY THE COURT:

s/ Terrence F. Mcverry
United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

All counsel of record by Notice of Electronic Filing